# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel |

MEMBERS (continued):

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO (continued):

One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

September 12, 2005

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

JAMES W. M_____, Clerk
DEP CLERK
Wilson
and _____ Jones

**FILED**

4:05-CV-01424

**SEP 15 2005**

Re: MDL-1507 -- In re Prempro Products Liability Litigation

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(See Attached Schedule CTO-52)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 25, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc: Transferee Judge: Judge William R. Wilson, Jr.
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**AUG 2 5 2005**

FILED
CLERK'S OFFICE

## *DOCKET NO. 1507*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-52)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

ARKANSAS WESTERN
    ARW  3  05-3041                  Judith Ann Riggs, et al. v. Wyeth, et al.
    ARW  6  05-6050                  Joan Rankin v. Wyeth, et al.

CALIFORNIA CENTRAL
    CAC  2  05-2300                  Marsha Henry v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-2302                  Maureen Finnegan, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-2304                  Dolores Arko, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-2306                  Laura Byrd, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-4298                  Peggy Pogue v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-4299                  Rose Moisi v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-4300                  Ida Lick, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-4301                  Dorothy Rymer v. Wyeth Pharmaceuticals, Inc., et al.
    CAC  2  05-4842                  Sandra Kirkland v. Wyeth, et al.
    CAC  2  05-4849                  Lois Carter, et al. v. Wyeth, et al.
    CAC  2  05-4853                  Frances Farr v. Wyeth, et al.
    CAC  2  05-4857                  Linda Eells v. Wyeth, et al.
    CAC  2  05-4865                  Janet Arbogast v. Wyeth, et al.
    CAC  2  05-4965                  Lois Duffy v. Wyeth
    CAC  2  05-5000                  Eleanor Zexter, et al. v. Wyeth Pharmaceuticals, Inc., et al.

CALIFORNIA NORTHERN
    CAN  5  05-2463  R5             Lender Wilkerson, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAN  5  05-2464  R5             Elizabeth Holden, et al.  v. Pfizer, Inc., et al.
    CAN  5  05-2465  R5             Roberta Alkire, et al. v. Wyeth Pharmaceuticals, Inc., et al.
    CAN  5  05-2466  R5             Gloria Shreve v. Wyeth Pharmaceuticals, Inc., et al.
    CAN  5  05-2467  R5             Suzanne Franklin v. Wyeth Pharmaceuticals, Inc., et al.

MASSACHUSETTS
    MA   1  05-11382                Hanna Hohenberg, et al. v. Wyeth, Inc., et al.

MARYLAND
    MD   1  05-1780                 Helen Cain v. Pharmacia & Upjohn Co., LLC, et al.
    MD   1  05-1805                 Linda L. Hickman, et al. v. Wyeth, Inc., et al.
    MD   1  05-1854                 Anita B. Weintraub v. Wyeth, Inc., et al.

MINNESOTA
    MN   0  05-1323                 Marion Gardner, et al. v. Wyeth, et al.
    MN   0  05-1324                 Carol Braun v. Wyeth, et al.
    MN   0  05-1400                 Marian Jane Miller v. Wyeth, et al.
    MN   0  05-1415                 Debra Cullum v. Wyeth, et al.
    MN   0  05-1425                 Deborrah Sanders v. Wyeth, et al.
    MN   0  05-1426                 Barbara Spiering v. Wyeth, et al.
    MN   0  05-1432                 Patricia P. Demetriou v. Wyeth, et al.
    MN   0  05-1445                 Genevieve L. Anderson v. Wyeth, et al.
    MN   0  05-1457                 Ruth Lamb v. Wyeth, Inc., et al.
    MN   0  05-1460                 Ruth Ann Lake v. Wyeth, Inc., et al.
    MN   0  05-1461                 Carol Veal, et al. v. Wyeth, et al.
    MN   0  05-1462                 Bess Steele, et al. v. Wyeth, et al.
    MN   0  05-1465                 Laura Roth v. Wyeth, et al.
    MN   0  05-1469                 Kitty Blower v. Wyeth, Inc., et al.

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

SOUTH CAROLINA
SC    6  05-1927          Elizabeth Carper, et al. v. Wyeth, Inc., et al.
SC    6  05-1945          Lyda Jones v. Wyeth, Inc., et al.
SC    8  05-1943          Juanita Zachow, et al. v. Wyeth, Inc., et al.

TEXAS SOUTHERN
TXS   4  05-2319          Cheryl Le Compte v. Wyeth, et al.

WASHINGTON WESTERN
WAW  2  05-1164          Sharon Root v. Wyeth, et al.

## INVOLVED COUNSEL LIST (CTO-52)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

J. Aron Allen
Bassford Remele, PA
33 S 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Roberta E. Ashkin
Law Offices of Roberta Ashkin
400 East 70th Street
Suite 2205
New York, NY 10021

Marc B. Auerbach
Sheller & Ludwig
1528 Walnut Street
3rd Floor
Philadelphia, PA 19102

LeeAnn K. Bell
Halleland, Lewis, Nilan & Johnson,
P.A.
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Suite 600
Minneapolis, MN 55402-4501

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Brian S. Campf
Williams, Love, O'Leary, Craine
& Powers, PC
9755 SW Barnes Road
Suite 450
Portland, OR 97225-6681

Martin D. Crump
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506-7018

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Robert T. Dassow
Hovde Law Firm
10585 N. Meridian Street, Suite 345
Indianapolis, IN 46290-0849

Donald Edgar
Law Office of Donald S. Edgar
408 College Avenue
Santa Rosa, CA 95401

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Michael J. Fay
McSweeney & Fay
2116 2nd Ave. S.
Minneapolis, MN 55404

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Michelle M. Fujimoto
Shook, Hardy & Bacon
5 Park Plaza
Suite 1600
Irvine, CA 92614-2546

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Donald R. Grady, Jr.
Sheff Law Offices
10 Tremont Street, 7th Floor
Boston, MA 02108

Marcus E. Hayes, Jr.
Crumley & Associates
1810 Westchester Drive
High Point, NC 27262

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

David L. Helmers
David L. Helmers & Associates, PLLC
163 E. Main Street
Suite 300
Lexington, KY 40507

Charles R. Houssiere, III
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056-3812

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

D. Joseph Hurson
Lane Powell, PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

Carroll H. Ingram
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Gerald Jowers
Janet, Jenner & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

Betsy L. Katz
Kaye Scholer, LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Phyllis Lile-King
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Eva Marie Mannoia
Shook, Hardy & Bacon
5 Park Plaza, Ste 1600
Irvine, CA 92614

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Howard B. Miller
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Christopher L. Nichols
Littlepage Booth
408 Westheimer Road
Houston, TX 77006

Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll,
PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Lance Eugene Palmer
Levinson Friedman, P.S.
Pacific Building
720 Third Avenue
Suite 1800
Seattle, WA 98104-1845

Gary M. Paul
Paul & Janofsky
1401 Ocean Avenue
Suite 300
Santa Monica, CA 90401-2103

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

James J. Pizzirusso
Cohen, Milstein, Hausfeld & Toll,
PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates
& Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Michael Powers Pulliam
Drinker Biddle & Reath LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235

William A. Rossbach
Rossbach & Brennan, P.C.
P.O. Box 8988
Missoula, MT 59807-8988

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Frank C. Rothrock
Shook, Hardy & Bacon
Jamboree Center, Suite 1600
5 Park Plaza
Irvine, CA 92614-2546

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Michael R. Scott
Hillis, Clark, Martin & Peterson
1221 Second Avenue
Suite 500
Seattle, WA 98101-2925

Thomas Teodori
Chasen Boscolo
7852 Walker Drive
Suite 300
Greenbelt, MD 20770

Brian D. Turner, Jr.
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Les Weisbrod
Morgan & Weisbrod, LLP
11551 Forest Central Drive, Suite 300
P.O. Box 821329
Dallas, TX 75382

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Pamela Joan Yates
Kaye Scholer, LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048

Donald F. Zimmer, Jr.
Drinker Biddle & Reath, LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105

Charles S. Zimmerman
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-52)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. G. Ross Anderson, Jr.
U.S. District Judge
P.O. Box 2147
Anderson, SC 29622-2147

Hon. Richard W. Anderson
U.S. Magistrate Judge
5405 Federal Building
316 North 26th Street
Billings, MT 59101

Hon. Richard D. Bennett
U.S. District Judge
5D Edward A. Garmatz Federal Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. Malcolm J. Howard
U.S. District Judge
P.O. Box 5006
Greenville, NC 27835

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal
Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal
Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Richard Seeborg
U.S. Magistrate Judge
U.S. District Court
5140 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Dickran M. Tevrizian, Jr.
U.S. District Judge
Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Warren K. Urbom
Senior U.S. District Judge
507 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1770

# INVOLVED CLERKS LIST (CTO-52)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 6420
Fayetteville, AR 72702-6420

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer 1
Hot Springs, AR 71902-1979

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Patrick E. Duffy, Clerk
5405 Federal Building
316 North 26th Street
Billings, MT 59101

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012